## SCHEDULE B

### ITEMS TO BE SEIZED FROM

1922 MARENGO STREET
NEW ORLEANS, LOUISIANA   70155

The following records or information which constitute

evidence of violations of Title 18, United States Code, Sections

201, 371, 1343, 1346 and 1349 and Title 15, United States Code,

Section, 78dd-1, et seq:

A.    records and documents, from January 2001 to the
present, related to the following entities:

        1.    The ANJ Group, LLC;
        2.    IGate, Incorporated, including documents related
to the iGate telecommunications/internet business
ventures proposed for Nigeria and Ghana;
        3.    Global Energy & Environmental Services, LLC;
        4.    Rosecom.Net;
        5.    NDTV;
        6.    EIM;
        7.    Multimedia Broadband Services;
        8.    Global Multimedia Broadband Services;
        9.    W2 IBBS, Limited; and
      10.    IBBS.

B.    records and documents related to communications and/or
correspondence from January 2001 to the present, including:

        1.    Congressman Jefferson's June 21, 2005 letter to
the Vice President of Nigeria.

        2.    Congressman Jefferson's June 29, 2005 letter to
the Vice President of Ghana.

        3.    any communications from Vernon Jackson or Byeong
K. Son and to or from any government or
telecommunications officials in Ghana or Nigeria;

        4.    any communications to or from Congressman William
Jefferson and to or from:

            a.    Export-Import Bank of the United States, any
of its Officers, Directors, employees and/or

GOVERNMENT
EXHIBIT
1

> former employees (including, but not limited to J. Joseph Grandmaison and Maureen Adu) related to any potential funding or potential loan guarantees for business projects involving iGate, Incorporated in Ghana or Nigeria;

> b.   Vernon Jackson, Byeong K. Son, Brett Pfeffer, Diane Frager, Norbert Simmons, Edward Kufuor, Jack Swetland and Suleiman YahYah, related to any business projects and/or the restructuring of debts and liabilities, involving iGate, Incorporated;

> c.   Official(s) of the United States Embassies in Ghana or Nigeria, related to any travel to those countries and involving the telecommunications and/or prospective business projects of iGate, Incorporated in Ghana or Nigeria, including the July 4, 2005 trip by Congressman Jefferson and others to Ghana;

> d.   Official(s) of the Ghanaian or Nigerian Embassies in the United States related to any travel to those countries involving the telecommunications and/or prospective business projects of iGate, Incorporated in Ghana or Nigeria, including but not limited to the July 4, 2005 trip by Congressman William Jefferson and others to Ghana;

> e.   Government Official(s) of Nigeria or Ghana related to the telecommunications and/or business projects involving iGate, Incorporated products, technology or services being used or proposed to be used in Ghana or Nigeria; and

> f.   Government official(s) of Nigeria or Ghana related to any business entity, product or service referencing Vernon Jackson.

C.   records and documents related to travel from January 2004 to the present, by Congressman William Jefferson, Vernon Jackson, Angelle Kwemo, Edward Kufuor, Byeong K. Son, and/or Brett Pfeffer to or from Ghana and/or Nigeria regarding

-2-

prospective or real iGate business, products or services, including:

> 1.   receipts and or vouchers related to airline travel, hotel, car, taxi, and/or food;
>
> 2.   vouchers and/or requests for reimbursement for the above-listed expenses;
>
> 3.   travel disclosure forms filed with the Clerk of the House of Representatives; and
>
> 4.   documentation regarding passport and/or visa applications.

D.   records and documents related to appointments, visits and telephone messages to or for Congressman William Jefferson from January 2004 to the present, including:

> 1.   visitor sign in books;
> 2.   ledgers;
> 3.   paper telephone messages, (either printed or handwritten); and
> 4.   appointment calendars.

-3-