05/03/2005  15:31    7035068491                          CR15                              PAGE  02/02

✓ Original ___ Amendment

## U.S. House of Representatives

### MEMBER/OFFICER TRAVEL DISCLOSURE FORM

This form is for disclosing the receipt of travel expenses from private sources for meetings, speaking engagements, fact-finding trips or similar events in connection with official duties. You need not disclose government-funded or political travel on this form, or travel that is unrelated to official duties. This form does not eliminate the need to report all privately funded travel on the annual Financial Disclosure Statements of those persons required to file them. In accordance with clause 5 of House Rule 25, complete this form and file it with the Clerk of the House of Representatives, B-106 Cannon House Office Building, within 30 days after travel is completed. The Clerk is to make these forms available to the public as soon as possible after they are filed. *Obtain the dollar amounts from the sponsor; if exact dollar amounts are unavailable, provide a good faith estimate.*

Name of Member or Officer (print or type): __William J. Jefferson__

Name of accompanying family member (if any): __N/A__
Relationship to Member/Officer (check one):  ___ spouse  ___ child

Dates of Travel: __February 15 - 22, 2004__

Dates at personal expense: __NONE__

Itinerary (Point of departure – destination – return): __WASHINGTON, DC (DULLES) → ABUJA, NIGERIA → LAGOS, NIGERIA → YAOUNDE, CAMEROON → DOUALA, CAMEROON → MALABO, EQUATORIAL GUINEA → SAO TOME + PRINCIPE → LAGOS, NIGERIA → WASHINGTON DC (DULLES)__

Sponsor (Who paid for the trip): __PROJECT CONSULTING SERVICES (PCS); VERIZON; iGATE, Inc, LETH Energy, Inc.__

Purpose of Trip: __In his capacity as Co-chair of Congressional Nigeria Caucus + Africa Trade + Investment Caucus, Rep. Jefferson led a business delegation to West Africa to explore general investment opportunities + AGOA (Africa Growth + Opportunity Act) opportunities__

|  | Total Transportation Expenses | Total Lodging Expenses | Total Meal Expenses |
|---|---|---|---|
| For Member or Officer: | $14,843 | $1,020 | $456 |
| For accompanying spouse or child: |  |  |  |

|  | Other expenses (dollar amount) | Nature of expenses (e.g., taxi, parking, registration fee, etc.) |
|---|---|---|
| For Member or Officer: |  |  |
| For accompanying spouse or child: |  |  |

I have determined that all of the expenses listed above were necessary and that the travel was in connection with my duties as a Member or Officer of the U.S. House of Representatives and would not create the appearance that I am using public office for private gain.

SIGNATURE OF MEMBER OR OFFICER: _/s/ William J. Jefferson_      DATE: __3-24-04__

*Version date 4/2003 by Committee on Standards of Official Conduct*

GOVERNMENT EXHIBIT 1