



# EX-IM BANK FINANCES OPPORTUNITY

The Export-Import Bank of the United States (Ex-Im Bank) provides U.S. exporters with the financing tools they need to successfully compete for business in sub-Saharan Africa. Ex-Im Bank support provides protection against international political and commercial risk, and gives U.S. exporters the ability to offer competitive financing to their international buyers through export credit insurance and loan guarantees.

## EXPORT CREDIT INSURANCE

Export credit insurance supports the export of U.S. goods and services, including raw materials, semi-manufactured, and finished manufactured, and finished goods. Lenders are more likely to discount insured receivables and include them in an exporter's borrowing base, which increases the working capital available to their business. Ex-Im Bank currently offers supplier and buyer credits, as well as Letter of Credit insurance for U.S. lenders. Short-term insurance policies support the export of U.S. goods and services with repayment terms of up to one year and cover up to 100 percent of the U.S. contract value. Medium-term insurance policies support the export of U.S. goods and services with repayment terms of up to seven years and cover up to 85 percent of the U.S. contract value.



**Mack Trucks**

An Ex-Im Bank medium-term single sale, multiple shipments insurance policy is supporting the sale of 50 tractors and spare parts from Mack Trucks of Allentown, Pennsylvania to Hussein Dairy Limited of Nairobi, Kenya. Ex-Im Bank's policy is backing financing from Barclays Bank of Kenya, Ltd., which enabled Hussein to complete the $5.7 million transaction.

## BUYER FINANCING

Ex-Im Bank guarantees the repayment of medium- and long-term bank loans extended by commercial lenders to African buyers to finance the purchase of U.S. goods and services. Ex-Im Bank's loan guarantees cover 85 percent of the U.S. contract value. With Ex-Im Bank's cover, U.S. exporters and commercial lenders are able to provide attractive financing terms critical to achieving export success in today's challenging global marketplace.

## USED AND REFURBISHED EQUIPMENT GUARANTEE

Ex-Im Bank will extend financing to support U.S. exports of equipment that has been previously owned or placed into service. Ex-Im Bank support for used equipment is subject to certain criteria which can be found on Ex-Im Bank's web site at www.exim.gov.

## AIRCRAFT FINANCE

Ex-Im Bank supports U.S. exports of new and used commercial and general aviation aircraft with its loan guarantee and insurance products. Ex-Im Bank offers financial support for both large and small commercial aircraft. In sovereign-guaranteed large aircraft transactions, Ex-Im Bank may also finance spare parts, ground equipment, training costs and transaction expenses.

# African Growth and Opportunity Act and Ex-Im Bank (AGOA)

The African Growth and Opportunity Act (AGOA) provides certain sub-Saharan African countries duty-free and/or quota-free U.S. market access. To take advantage of this, new sub-Saharan African manufacturers will need to increase production capacity.

Ex-Im Bank is ready to help sub-Saharan African manufacturers expand their businesses by financing U.S. exports of manufacturing equipment and services.

## SUCCESSS WITH AGOA

Tubular Textile Machinery Incorporated of Lexington, North Carolina, $320,000 sale to Consolidated Dyeing Co. Ltd of Forest Side, Mauritius, was backed by a letter of credit from Mauritius Commercial Bank. Its $182,000 sale to Compagnie Mauricienne de Textile of Port Louis, Mauritius, was backed by a letter of credit from State Bank of Mauritius.

## WORKING CAPITAL GUARANTEE

Ex-Im Bank's Working Capital Guarantee encourages U.S. commercial lenders to make working capital loans to U.S. exporters by providing a 90 percent guarantee. An Ex-Im Bank guaranteed working capital loan can cover multiple export sales or individual contracts. There is no maximum dollar limit on these loans.

## PROJECT FINANCE

Ex-Im Bank is able to consider project financing in most African countries. Ex-Im Bank's Project Finance program helps U.S. exporters compete in industries such as private power, telecoms, and other infrastructure sectors.

Additionally, for smaller projects under $30 million, Ex-Im Bank will consider performing the necessary financial and legal analysis at no cost to the U.S. exporter or international buyer. By substantially reducing transaction costs, Ex-Im Bank enables the U.S. exporter to offer a more comprehensive financing package to African purchasers during the construction period.



## MEDICAL, ENVIRONMENTAL, AND TRANSPORTATION SECURITY INITIATIVES

Ex-Im Bank has special programs that provide enhanced support for medical equipment exports, environmentally beneficial exports, and exports related to international transportation security. The benefits include extended repayment terms and coverage of local costs for up to 15 percent of the U.S. contract value.

### Neptune S.A.

in Douala, Cameroon, purchased two shrimp vessels, cold store and blast freezers from Trans Atlantic Corporation of Houston, Texas. W&B Services Company, Inc., of Houston, Texas; Tommie Vaughn Ford, also of Houston; Cold Storage Construction Services, Inc., of Montgomery, Texas; and Ocean Marine Inc., of Bayou La Batre, Alabama, were suppliers under this transaction supported by an Ex-Im Bank medium-term export credit insurance policy.

## BACKING FOR RAND AND CFA DENOMINATED LOANS

U.S. exporters will find it easier to sell their products in West and Southern Africa because African companies can now arrange Rand and CFA denominated loans guaranteed by Ex-Im Bank. The Rand and the CFA have been added to the list of major pre-approved currencies for inclusion in Ex-Im Bank's Foreign Currency Guarantee Program.



### Harris Corporation

from Redwood City, California, was approved for a $15.8 million medium-term guarantee supporting the export of microwave telecommunications equipment from Harris Corporation, Redwood City, California, and other U.S. suppliers to Econet Wireless Nigeria Ltd. (EWN). The equipment will be used to enhance the cellular telephone signal for EWN's network along Nigeria's western coast. M&T Bank, Baltimore, MD., is the guaranteed lender.

# E-MAIL AFRICA



## HOW CAN I SUBSCRIBE?

Simply register at www.exim.gov/signup.cfm. You can also visit our web site at www.exim.gov, where you can click on our Africa page and see more information about our other initiatives in Africa.

## WHAT IS IT?

Ex-Im Bank has a marketing outreach program with E-mail Africa providing monthly updates on Africa. This timely format highlights Ex-Im Bank's activities in Africa, including new initiatives, programs, upcoming Ex-Im Bank trips to the region, traning sessions, special events, and information on additional U.S. government resources.

## HOW DO I FIND A LENDER OR INSURANCE BROKER THAT PARTICIPATES WITH EX-IM BANK?

Ex-Im Bank can provide you with a list of commercial lenders and insurance brokers active with our loan guarantee and insurance products. Please find the Lenders and Insurance Brokers lists on our web site at www.exim.gov under the "Partners" section within "About Ex-Im."



## More Information

| | | |
|---|---|---|
| U.S. TOLL FREE NUMBER | 800.565.3946 (EXIM) | MAILING ADDRESS: |
| WORLDWIDE NUMBER | 202.565.3946 (EXIM) | Export-Import Bank of the United States |
| AFRICA FAX LINE | 202.565.3839 | Business Development |
| TDD | 202.565.3377 | Africa Group - 11th Floor |
| E-MAIL | ExImAfrica@exim.gov | 811 Vermont Avenue, NW |
| INTERNET | www.exim.gov | Washington, D.C. 20571 |

July 8, 2005