Date: 6/13/08     Judge: Ellis     Reporter: Rodriguez
Time: 10:10 To 11:07     Interpreter: _____
      11:05 - 11:50     Language: _____

UNITED STATES of AMERICA     Update Deadlines: ____
  Vs.     Prob. Copies: ____
        PTS Copies: ____
        AUSA Copies: ____

William J. Jefferson                              1: 07 CR 209
Defendant's Name  Eloisa Solomon          Case Number

Robert Trout / Amy Jackson            Mark Lytle  Rebecca Bellows, Charles DuRoss
Counsel for Defendant            Counsel for Government

Matter called for:
(✓) Motions           ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment       ( ) Appeal from USMC      ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.           ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:  ( ) in person     ( ) failed to Appear
                     ( ) with Counsel  ( ) without counsel     (✓) through counsel
Filed in open court:
( ) Criminal Information  ( ) Plea Agreement  ( ) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order
Arraignment & Plea:
( ) WFA  ( ) FA  ( ) PG  ( ) PNG   Trial by Jury: ( ) Demanded  ( ) Waived

____ Days to file Motions with Argument on _____
Defendant entered Plea of Guilty as to Count(s) _____
Motion for Dismissal of Count(s) _____ ( ) by U.S.  ( ) by Deft.
( ) Order entered in open court  ( ) Order to follow
Defendant directed to USPO for PSI: (✓) Yes  ( ) No
Case continued to 12/02/08 at 9:00 for: (✓) Jury Trial  ( ) Bench Trial  ( ) Sentencing  (trial est 3-4 wks)

US' Rule 35 motion for reduction of sentence ( ) Granted  ( ) Denied;
Sentence of ____ months heretofore imposed is reduced to a term of _____.

Defendant ( ) Admits ( ) Denies  violation of the conditions of probation/supervised release;
Court: ( ) finds  ( ) does not find  defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ____ Months; ( ) Supervised Release terminated

_____ / _____ , _____

Court to issue Order _____
All Exhibits must be filed with the Clerk ____ days prior to trial.
Bond Set at: $_____ ( ) Unsecured  ( ) Surety  ( ) Personal Recognizance
( ) Release Order Entered  ( ) Deft. Remanded  ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody  ( ) Summons Issued  ( ) On Bond  ( ) Warrant Issued  ( ) 1st appearance

8/03
Email: _____

Deft waived presence, waiver filed
parties to return @ 1:00p w/ Court decision;
Court reconvenes @ 1:05