IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:07cr209 |
| ) | |
| WILLIAM J. JEFFERSON ) | |
| Defendant. ) | |

### ORDER

Although the matter is on interlocutory appeal to the United States Court of Appeals for the Fourth Circuit, and although the Court still has under advisement motions which may be dispositive in favor of defendant, it is appropriate as a matter of prudence to schedule a trial date so that the Court and parties may make appropriate plans.

For this reason, and for good cause,

It is hereby **ORDERED** that the trial in this matter before a jury shall commence at 10:00 a.m. Tuesday, December 2, 2008.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 13, 2008

/s/
T. S. Ellis, III
United States District Judge