IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07CR209 |
| | ) | |
| WILLIAM J. JEFFERSON, | ) | Hon. T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## VERDICT

WE, THE JURY, FIND:

1.  As to Count 1 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__         _____
    Guilty        Not Guilty

2.  As to Count 2 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__         _____
    Guilty        Not Guilty

3.  As to Count 3 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__         _____
    Guilty        Not Guilty

4.  As to Count 4 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__         _____
    Guilty        Not Guilty

5. As to Count 5 of the Indictment, we, the jury, find Defendant William J. Jefferson:

   _____          ___✓_____
   Guilty                Not Guilty

6. As to Count 6 of the Indictment, we, the jury, find Defendant William J. Jefferson:

   ___✓_____          _____
   Guilty                Not Guilty

7. As to Count 7 of the Indictment, we, the jury, find Defendant William J. Jefferson:

   ___✓_____          _____
   Guilty                Not Guilty

8. As to Count 8 of the Indictment, we, the jury, find Defendant William J. Jefferson:

   _____          ___✓_____
   Guilty                Not Guilty

9. As to Count 9 of the Indictment, we, the jury, find Defendant William J. Jefferson:

   _____          ___✓_____
   Guilty                Not Guilty

10. As to Count 10 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    ___✓_____          _____
    Guilty                Not Guilty

11. As to Count 11 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    _____          ___✓_____
    Guilty                Not Guilty

12. As to Count 12 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__              _____
    Guilty              Not Guilty

13. As to Count 13 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__              _____
    Guilty              Not Guilty

14. As to Count 14 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__              _____
    Guilty              Not Guilty

15. As to Count 15 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    _____              __✓__
    Guilty              Not Guilty

16. As to Count 16 of the Indictment, we, the jury, find Defendant William J. Jefferson:

    __✓__              _____
    Guilty              Not Guilty

In reaching our verdict with respect to Count 16, if the verdict is guilty, we found that the defendant committed, caused, or aided and abetted the commission of at least two of the following Racketeering Acts:

- Racketeering Act 1     Proven __✓__     Not Proven _____
  (Act 1(a) or 1(b))

- Racketeering Act 2     Proven __✓__     Not Proven _____
  (Act 2(a) or 2(b))

- Racketeering Act 3     Proven __✓__     Not Proven _____
  (Act 3(a) or 3(b))

- Racketeering Act 4     Proven __✓__     Not Proven _____
  (Act 4(a) or 4(b))

- Racketeering Act 5   Proven ✓          Not Proven _____
  (Act 5(a) or 5(b))

- Racketeering Act 6   Proven ✓          Not Proven _____
  (Act 6(a) or 6(b))

- Racketeering Act 7   Proven _____      Not Proven ✓
  (Act 7(a) or 7(b))

- Racketeering Act 8   Proven ✓          Not Proven _____
  (Act 8(a) or 8(b))

- Racketeering Act 9   Proven _____      Not Proven ✓
  (Act 9(a) or 9(b))

- Racketeering Act 10  Proven ✓          Not Proven _____
  (Act 10(a) or 10(b))

- Racketeering Act 11  Proven ✓          Not Proven _____
  (Act 11(a) or 11(b))

- Racketeering Act 12  Proven ✓          Not Proven _____
  (Act 12a, 12b, 12c,
  12d, 12e, 12f, 12g,
  12h, or 12i)

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Alexandria, Virginia, this 5 day of August, 2009.

F