IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division


FILED
NOV 18 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL No. 1:07cr209 |
| | ) | |
| WILLIAM J. JEFFERSON, | ) | |
| Defendant. | ) | |

## ORDER

The matter came before the Court on defendant's motion for bond pending appeal (Docket No. 603).

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that defendant's motion for bond pending appeal (Docket No. 603) is **GRANTED**. Accordingly, defendant shall remain free subject to the existing conditions of release set forth in the Order dated June 8, 2007 (Docket No. 10) until further Order of the Court and subject to the additional conditions (i) that he be subject to 24-hour GPS monitoring, and (ii) that he remain within the Eastern District of Louisiana except as necessary to meet with defense counsel or otherwise with prior approval of pretrial services.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 18, 2009

/s/
T. S. Ellis, III
United States District Judge